1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLIE ROSALEE SMITH,

          Plaintiff,

    v.

DINA JOSE, et al.,

          Defendants.

Case No. 22-cv-01088-HSG

**ORDER OF DISMISSAL**

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  For the reasons set forth below, this action is DISMISSED without prejudice for failure to either pay the filing fee or file an application to proceed *in forma pauperis*, and for failure to provide the Court with a current address, pursuant to Local Rule 3-11.

**DISCUSSION**

**I.**    **Failure to Pay Filing Fee or File Application for Leave to Proceed *In Forma Pauperis***

On or about February 22, 2022, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  That same day, the Clerk of the Court informed Plaintiff that this action was deficient because Plaintiff had not paid the filing fee or filed an application to proceed *in forma pauperis*.  Dkt. No. 2.  Plaintiff was instructed to respond within twenty-eight days of the date of the order.  Dkt. No. 2.  This *in forma pauperis* deficiency notice was mailed to Plaintiff's address of record, which she had listed as Napa County Jail.  Dkt. Nos. 1, 2.  On March 14, 2022, the *in forma pauperis* deficiency notice was returned with a notation that Plaintiff was not in custody at Napa County Jail.  Dkt. No. 8.

The deadline to either pay the filing fee or file an application to proceed *in forma pauperis* has long since passed, and the Court has not received any filings from Plaintiff.  Accordingly, the

1   Court DISMISSES this action without prejudice to failure to pay the filing fee or file an

2   application to proceed *in forma pauperis.*

3   **II.      Failure to Provide the Court with Current Address Per Local Rule 3-11**

4          On March 14, 2022, the *in forma pauperis* deficiency notice was returned with a notation

5   that Plaintiff was not in custody at Napa County Jail.  Dkt. No. 8.  The Northern District of

6   California's Local Rule 3-11 provides that the Court may, without prejudice, dismiss a complaint

7   when: (1) court mail addressed to the *pro se* party has been returned to the court as not deliverable,

8   and (2) the Court fails to receive within 60 days of this return a written communication from the

9   *pro se* party indicating a current address.  *See* N.D. Cal. Civil L.R. 3-11(b).  More than sixty days

10  has passed since court mail addressed to Plaintiff was returned as undeliverable.  Accordingly, the

11  instant action is also DISMISSED without prejudice for failure to provide the Court with a current

12  address pursuant to N.D. Cal. Civil L.R. 3-11.

13                                    **CONCLUSION**

14         For the reasons set forth above, this action is DISMISSED without prejudice for failure to

15  pay the filing fee or file an application to proceed *in forma pauperis*, and for failure to provide the

16  Court with a current address pursuant to N.D. Cal. Civil L.R. 3-11.  The Clerk shall enter

17  judgment in favor of Defendants, deny all pending motions as moot, and close the case.

18         **IT IS SO ORDERED.**

19  Dated: 5/16/2022

20

21  HAYWOOD S. GILLIAM, JR.
    United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California

2