UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ROSALEE SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>DINA JOSE, et al.,<br><br>    Defendants. | Case No. 22-cv-01088-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions, and close the case.

**IT IS SO ORDERED AND ADJDUGED.**

Dated:  5/16/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge