UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE ROSALEE SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>DINA JOSE, et al.,<br><br>   Defendants. | Case No. 22-cv-01088-HSG<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST TO REOPEN AND REQUEST TO CONSOLIDATE**<br><br>Re: Dkt. No. 15 |

Plaintiff filed this action on or about February 22, 2022. Dkt. No. 1. On May 16, 2022, the Court dismissed this action without prejudice for failure to either pay the filing fee or file an application to proceed *in forma pauperis*, and for failure to provide the Court with a current address, pursuant to N.D. Cal. L.R. 3-11. Dkt. No. 12. The Court entered judgment in favor of Defendants and against Plaintiff that same day. Dkt. No. 13.

Three and a half years later, Plaintiff has filed a request to reopen this action. Dkt. No. 15. She also requests to reopen five other cases, and requests that all six cases be consolidated. *Id.* She has provided a current address. *Id.*

The Court DENIES the request to reopen. Plaintiff has not filed a complete *in forma pauperis* application, and has not demonstrated good cause for the three and a half years delay in prosecuting this case. The denial is without prejudice to re-filing a request to reopen that is accompanied by a complete *in forma pauperis* application and a showing of good cause as to why the Court should reopen this case three and a half years later. The Court DENIES as moot the request to consolidate the cases.

//

1   This order terminates Dkt. No. 15.

2   **IT IS SO ORDERED.**

3   Dated: 1/6/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge